



PO Box 20386
Greeley Square Station
New York, NY 10001
January 18, 2021

U.S. District Court - Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201
Attn: Mr. Douglas C. Palmer, Clerk of the Court

**CV 22-6015**

Re: **Doe v. Schick**, JSC, et al.,

**EX PARTE LETTER IN SUPPORT FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

**CHEN, J.**

**BLOOM, M.J.**

**Dear Mr. Douglas C. Palmer,**

**My real name is Gilbert Lau as Plaintiff John Doe.**

**This case has to do with** violations of Plaintiff's rights under the **discriminatory harassment, physical assault and physical, sexual assault or rape, sodomy, and targeting of Plaintiff** based on his <u>schizophrenia and mild mental retardation</u>.

This case is highly sensitive confident and needs to be protected because sensitive, secure documents (HSDs) will be filed with the court.

Respectfully submitted,

John Doe
Plaintiff Pro Se
PO Box 20386
Greeley Square Station
New York, NY 10001
1-917-279-3635 (Cell)
kp.keepamericagreat2020@gmail.com

ORIGINAL

CHEN, J.

OCT 0 6 2022
PRO SE OFFICE