ORIGINAL

PO Box 20386
Greeley Square Station
New York, NY 10001
kp.keepamericagreat2020@gmail.com
January 12, 2023

US District Court for the Eastern District of New York
Pro Se Clerk
225 Cadman Plaza E,
Brooklyn, NY 11201
Attn: Hon. Pamela K. Chen



Re: <u>Doe v. Shick</u> et al.,
Docket Number: 22-cv 6015 (PKC) (LB)
<u>**LETTER MOTION BY THE PLAINTIFFS FOR A SECOND EXTENSION TO FILE AN AMENDED COMPLAINT**</u>

**Dear Hon: Pamela K. Chen:**

The Plaintiffs herein this action, and I respectfully request the right to seek help legal assistance by Pro Se Legal Assistance for help to daft the Amended Complaint and the Motion for reconsideration. There's no lack of due diligence on the part of Plaintiff Pro Se. I am working very hard in completing the on January 16, 2022, need help, and the Plaintiff has the right to seek legal assistance from the Pro Se Legal Assistance for their legal advice and other legal help. Still, the Attorney that works will be away for holiday for approximately one month and one week. Plaintiffs need an extension of time to complete the Amended Complaint and motion for reconsideration. Plaintiff Pro Se has the legal right to "special latitude" under the law and needs more time to process the proof services. After all, they are swamped with other cases. Plaintiff have the right to be given "special latitude and the to prove our case as a matter of law and fact. See <u>Tracy v. Freshwater</u>, 623 F.3d 90, 102 (2d Cir. 2010). We often afford special solicitude to pro se litigants because they "generally lack legal training and experience." Id. at 103. (Quoting from 20-463 <u>Bank v. Alarm.com Holdings, Inc.</u>) and as well prove our case as a question of fact. See *Haines v. Kerner*, 404 U.S. 519, 520-521 (1972) ("...are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the *pro se* complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers...).

-1-

**Dated:** New York, New York
January 12, 2023

Respectfully Submitted,

John Doe
Plaintiff Pro Se





PRESS FIRMLY TO SEAL PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

SHREVEPORT, LA
71102
JAN 13, 23
AMOUNT
$27.90
RDC 07 11201 R2304P119277-41

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

909

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013 OD: 12.5 x 9.5

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 469 929 414 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Gilbert Carr
PO box 20386
Greeley Square Station
New York, NY 10001

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 71102 | 1/17/23 | $ 27.90 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 1/13/23 | | $ | $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight lbs. ozs. | Flat Rate | Acceptance Employee Initials | $ 27.90 |

DELIVERY OPTIONS (Customer Use Only)

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☒ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

US District Court for
The Eastern District of
New York
225 Cadman Plaza East
Brooklyn, NY 11201

ZIP + 4® (U.S. ADDRESSES ONLY)

11201

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

B/e 1-14

PEEL FROM THIS CORNER

† Money Back Guarantee for U.S. destinations only.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY MAIL EXPRESS™



SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME



TRACKED ★★★ INSURED ★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS 10001000006

EP13F July 2013
OD: 12.5 x 9.5



UNITED STATES POSTAL SERVICE®

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
✕ For International shipments, the maximum weight is 4 lbs.